IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

INSITUFORM TECHNOLOGIES, INC.
and INSITUFORM (Netherlands), B.V., INC.,

Plaintiffs,

v.

LMK ENTERPRISES, INC.,

Defendant.                                                No. 07-CV-397-DRH

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's notice of dismissal with prejudice (Doc. 7). Being fully advised in the premises, **IT IS ORDERED** that this matter is hereby voluntarily dismissed with prejudice. Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 9th day of October, 2007.

/s/     DavidRHerndon
**Chief Judge
United States District Court**