## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**INSITUFORM TECHNOLOGIES, INC.,**
**a Delaware corporation, and**
**INSITUFORM (NETHERLANDS), B.V., INC.**
**a corporation of the Netherlands and**
**Delaware**

       **Plaintiffs,**

    **vs.**                            **Cause No. 07-CV-397 DRH**

**LMK ENTERPRISES, INC.,**
**an Illinois corporation,**

       **Defendant**.

### JUDGMENT IN A CIVIL CASE

      The Court having received a Notice of Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.-----------------------------------------------------------------------------------------------------

                                       **NORBERT G. JAWORSKI, CLERK**

October 10, 2007                       By:   s/Patricia Brown
                                          Deputy Clerk

APPROVED: /s/      DavidRHerndon
             **CHIEF JUDGE**
             **UNITED STATES DISTRICT COURT**